UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Universal Am-Can, Ltd.</u>

    v.                        Civil No. 11-cv-30-JD

<u>Concrete Systems, Inc.</u>


<u>O R D E R</u>

    Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A.  She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts.  Therefore, the Clerk shall assign this case to another judge.

    SO ORDERED.

                                                 /s/ Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

September 28, 2011

cc:  Matthew R. Johnson, Esquire
     Brian R. Moushegian, Esquire
     Marc R. Scheer, Esquire
     Michael J. Tierney, Esquire